**MINUTE ENTRY**
**FELDMAN, J.**
**APRIL 14, 2014**

JS10:  00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY N THOMPSON | CIVIL ACTION |
| VERSUS | NO: 13-0921 |
| ALABAMA GREAT SOUTHERN RAILROAD COMPANY | SECTION "F" (2) |

**IN CHAMBERS CONFERENCE**

CASE MANAGER:      Charles A. Armond
COURT REPORTER:   Cathy Pepper

APPEARANCES:   Joseph M. Miller, Benjamin Saunders and Carisa R. German-Oden for plaintiff.
Benjamin R. Slater, III and Jeffrey T. Pastorek for defendant.

In Chambers Conference held this date.
Court was presented with a letter from the plaintiff, terminating his counsel and requesting a stay of the trial so he can have time to hire replacement counsel.
Based on the plaintiff's letter the case is administratively closed, to be reopened upon an appropriate and timely motion at such time as plaintiff employs replacement counsel of record. All motion, pretrial and trial proceedings will be continued without date pending an appropriate motion to reopen case.
Counsel for plaintiff orally moved to withdraw and the granted.
Conference adjourned.